UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMBER LIENCZEWSKI,<br><br>        Plaintiff,<br><br>        v.<br><br>SWANSEA PUBLIC SCHOOLS, by and through its superintendent, Scott Holcomb in his official capacity, SWANSEA SCHOOL COMMITTEE by and through Chairperson, Sonya Barbosa in her official capacity only, TOWN OF SWANSEA by and through the board of selectmen, Steven H. Kitchen, Michael Kevin Beaudette, Robert C. Medeiros in their official capacity only, SUPERINTENDENT SCOTT HOLCOMB in his official and individual capacities, DISTRICT DIRECTOR OF STUDENT SERVICES SEAN SCANLON in his official and individual capacities, and PRINCIPAL ROBERT SILVEIRA in his official and individual capacities, SWANSEA EDUCATORS ASSOCIATION, INC., by and through its president Frank Murphy in his official capacity, and FRANK MURPHY UNION PRESIDENT, in his official and individual capacities,<br><br>        Defendants. | Docket No.: 1:26-cv-10018-ADB |

## STIPULATION OF DISMISSAL AS TO DEFENDANTS SWANSEA EDUCATORS ASSOCIATION, INC. AND FRANK MURPHY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Amber Lienczewski stipulates that Defendants

Swansea Educators Association, Inc., and Frank Murphy, and all claims against them, are hereby

dismissed from this suit with prejudice, and without attorney's fees, costs, or interest. No other Defendants or claims are dismissed hereby.

Dated: March 13, 2026

                                  Respectfully Submitted by Plaintiff,
                                  AMBER LIENCZEWSKI
                                  By her attorney,

                                  _/s/ Paige Munro-Delotto_
                                  Paige Munro-Delotto, Ph.D., Esq.
                                  BBO# 690605
                                  Munro-Delotto Law, LLC
                                  400 Westminster Street, Suite 200
                                  Providence, RI 02903
                                  (401) 521-4529
                                  (401) 264-8035 (fax)
                                  Email: Paige@pmdlawoffices.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I electronically filed the herein documents with the United States District Court for the District of Massachusetts by using the *CM/ECF* system. I further certify that for all counsel of record that are registered as CM/ECF Filers that they will be served by the *CM/ECF* system and for those not registered, those counsel will be emailed a copy of the document herein.

                                  /s/ Paige Munro-Delotto
                                  Paige Munro-Delotto, Ph.D., Esq.