UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMBER LIENCZEWSKI,<br>    *Plaintiff*,<br><br>v.<br><br>SWANSEA PUBLIC SCHOOLS, by and through its superintendent, Scott Holcomb in his official capacity, SWANSEA SCHOOL COMMITTEE by and through Chairperson, Sonya Barbosa in her official capacity only, TOWN OF SWANSEA by and through the Board of Selectmen, Steven H. Kitchen, Michael Kevin Beaudette, Robert C. Medeiros in their official capacity only, SUPERINTENDENT SCOTT HOLCOMB in his official and individual capacities, DISTRICT DIRECTOR OF STUDENT SERVICES SEAN SCANLON in his official and individual capacities, and PRINCIPAL ROBERT SILVEIRA in his official and individual capacities,<br>    *Defendants*. | C.A. No. 1:26-cv-10018-ADB |

## PLAINTIFF'S ASSENTED MOTION FOR LEAVE TO STAY LITIGATION DUE TO TEMPORARY MEDICAL INCAPACITYAND REQUEST FOR  EXPEDITED MEDIATION

Plaintiff Amber Lienczewski ("Plaintiff"), by and through undersigned counsel, hereby moves pursuant to Fed. R. Civ. P. 6(b)(1), for leave to stay all litigation in this matter by ninety days, up to and including August 29th, 2026. Defendants assent to this Motion. This request is not intended to delay the proceedings and is made only to preserve the limited resources of the Court and the Parties. See Fed. R. Civ. P. 1.

Plaintiff's lead counsel, Paige Munro-Delotto, the undersigned, is experiencing a serious health issue involving brain aneurysm symptoms, which condition will require emergent brain surgery. As a result, the undersigned requires sufficient time to treat her medical condition and recover from any attendant surgery. In the interest of justice and to preserve Plaintiff's right to effective representation, a brief stay of 90 days is warranted.

The Defendants' response to the First Amended Complaint was due on or before June 12, 2026; however, on or about May 22, 2026, after the Defendants' assent to the filing of a second amended complaint, Plaintiff filed a second amended complaint. Plaintiff asks on behalf of Defendant that Defendant have an extension on that answer or other responsive pleading deadline, first stayed as part of this Motion to Stay, then with a deadline for answer or other responsive pleading of thirty (30) days after the stay ends.

Furthermore, Plaintiff's counsel has time prior to impending brain surgery and thus, Plaintiff, on behalf of both Parties assent, respectfully requests that this Court order the parties to participate in mediation on an expedited basis, prior to the commencement of Plaintiff's counsel's medical procedure. Mediation would serve the interests of judicial economy and may resolve this matter without further Court intervention. Counsel for the defense has indicated agreement and we respectfully request that this matter be scheduled for mediation on or before June 25th, 2026.

**WHEREFORE**, the Plaintiff requests that this Court stay this matter by ninety days, up to and including September 2, 2026, a related stay on Defendant's answer or other responsive pleading to the Second Amended Complaint filed May 22, 2026 for thirty (30) days after stay is removed, and request an expedited referral to Court ordered mediation.

Respectfully Submitted,

The Plaintiff,

AMBER LIENCZEWSKI,

By her Attorney,

Munro-Delotto Law, LLC

*/s Paige Munro-Delotto*
Paige Munro-Delotto, BBO No. 690605
400 Westminster Street, Suite 200
Providence, RI 02903
(401) 521-4529
(401) 264-8035 (fax)
Paige@pmdlawoffices.com

Assented to:

The Swansea Defendants,

SWANSEA PUBLIC SCHOOLS, SWANSEA
SCHOOL COMMITTEE, TOWN OF
SWANSEA, SUPERINTENDENT SCOTT
HOLCOMB, DISTRICT DIRECTOR OF
STUDENT SERVICES SEAN SCANLON, and
PRINCIPAL ROBERT SILVEIRA,

By their Attorneys,

PIERCE DAVIS & PERRITANO LLP

*/s/ Cole S. Fahrenkopf*
Jason W. Crotty, BBO No. 656313
Cole S. Fahrenkopf, BBO No. 710953
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jcrotty@piercedavis.com
cfahrenkopf@piercedavis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on June 3, 2026.

*/s/ Paige Munro-Delotto*
Paige Munro-Delotto

3